# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:17-mj-00695-NJK |
| Plaintiff(s), ) | |
| v. ) | **ORDER** |
| ) | (Docket Nos. 10-11) |
| MARCUS JOHN ANTHONY GRIFFIN, ) | |
| Defendant(s). ) | |

Pending before the Court is the Government's motion to withdraw, Docket No. 11, which is **GRANTED**. The motion to strike at Docket No. 10 is hereby deemed **WITHDRAWN**.

IT IS SO ORDERED

Dated: July 21, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge